U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUL 21 2016

AT_____ O'CLOCK

Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Shannon C. Dickinson **Plaintiff(s)**

vs.

NYS Commission of Corrections
Thomas A. Beilein
Phyllis Harrison-Ross M.D.
Thomas J. Loughren **Defendant(s)**

)
)
)
)
)
)

**INMATE**
**CIVIL RIGHTS**
**COMPLAINT PURSUANT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Case No. 9: 16 CV 898

Plaintiff(s) demand(s) a trial by: ☒ JURY   ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2.  Plaintiff: Shannon C. Dickinson

    Address: 1400 State Route 9

    Lake George NY. 12845

    Warren County Corr. Facility

    Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: NYS Commission of Corrections / Thomas Loughren

    Official Position: Commissioner

    Address: 80 Swan St
    12th Floor

    Albany, NY 12210

b. Defendant: _Thomas A. Beilein_

Official Position: _Chairman_

Address: _80 Swan St_

_12th Floor_

_Albany, NY 12210_

c. Defendant: _Phyllis Harrison-Ross M.D._

Official Position: _Commissioner_

Address: _80 Swan St_

_12th Floor_

_Albany NY 12210_

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a. Is there a prisoner grievance procedure at this facility?

☒ Yes          ☐ No

b. If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

☒ Yes          ☐ No

If your answer to 4b is YES,

(i) What steps did you take? _I took all proper steps in the facility grievance procedure._

(ii) What was the final result of your grievance? _denied at all levels_

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.  If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

☒ Yes             ☐ No

If your answer to 4c is YES,

(i)  What steps did you take? I spoke to the grievance officer, Lt Mayday, Lt Clifford and Sgt. Farmer, Transportation officers

(ii)  What was the final result regarding your complaint? nothing changed, request was denied

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.  PREVIOUS LAWSUITS

a.  Have you filed other lawsuits in state or federal court relating to your imprisonment?

☒ Yes             ☐ No

b.  If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.  Parties to previous lawsuit:

Plaintiff(s): Shannon C. Dickinson

Defendant(s): Warren County Corr Facility
              Sheriff Nathan York
              Lt Clifford
              Lt Mayday
              Sgt Farmer
              Officer Tourge

ii.   Court (if federal court, name District; if state court, name County):

Northern District of New York

iii.  Docket number:   9:16-CV-152 (LEK/DEP)

iv.   Name of Judge to whom case was assigned: Lawrence E. Kahn

v.    Disposition (dismissed? on appeal? currently pending?): currently Pending

vi.   Approximate date of filing prior lawsuit:   2-8-16

vii.  Approximate date of disposition:   N/A

6.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

See attached

## Facts

6.

① The board of Corrections failed to respond to my grievance within the 45 day allotted time period. Grievance #2015-1245 review and appeal on 11/18/15 and Plaintiff did not receive a response until 6/9/16, Well past the rules set forth in minimum standards of County Correctional facilities § 7032.5 (d)(i).

② The board of Corrections Knowing full well the guidelines set forth in Title II Americans with Disabilities At Archetural Guidelines for County Correctional Facilities, which includes Transportation guidelines The board blatently denied my grievance.

③ I believe the grievance was denied to cause Estoppel to the Plaintiff, and to intentionally Stall Plaintiff until he was sentenced + removed from the Warren County Correctional facility. Wherefore Fullfilling the true proverb birds of the same feather unite togather. The motto of the Warren County officers, Sargents and administration is "This is Warren County, even if when we are wrong ,... where right." I have been told this by multiple times by all categories of officers.

Causes of Action

First cause of Action

The first cause of Action is that the Plaintiff
Shannon C. Dickinson sent the grievance 2015-1245
to the board of Commission of Correction for review
and appeal 11/18/15 and the grievance was not responded
to until 6/10/16.

The board, taking seven months to respond and in
doing so, blatently went against their own rules in
Minimum Standards § 7032.5 (d)(i) "The council Shall
issue a written determination to the appeal within 45
business day of reciept."

Second cause of Action

Second, In todays age of lawsuits & liabilities, Prison
officials have become increasingly aware of the potential
for liability when conducting the operations, forming the
policies for the prison system. Warren County Corr.
Facility opened a mere 12 years ago. Being such a short
time ago it would seem the facility would have made the
changes to accomadate inmates with disabilities. Since
Warren County Corr Facility is a "public entity" and
transports inmates to and from Court, one would think
the facility would have made provisions for transporting

disabled wheelchair bound inmates. Especially when the Supreme Court in its decisions, make it clear that prison officials are expected to know the constitutional rights of prisoners. These decisions place the burden on Prison officials to keep themselves appraised of the current state of law. Ignorance is not a defense when confronted with a lawsuit for monetary damages.

## Third Cause of Action

By denying the plaintiff whom was a pre-trial detainee at the time grievance, his constitutional rights still stood. These actions not only violated his 8th and 14th Ammendments but was biasically estoppeled by the Commission of Correction. If the Plaintiff could so readilly find under the (ADAAG) American Disabilities Act Architectual Guidlines, §1204 Accessible designes for Title II and III of this Act [42 USCS § 12131 ET seq 12181 ET seq] for vehicles & transportation concerning Correction Facilities, How much more so should the corrections board been able to have found them. It makes this plaintiff feel that the board denied the grievance to cause Estoppel due to knowledge of culpable Negligence not only by the Warren County Corr facility, but also by the board for taking 7 months to respond, and only then responding after another grievance 2016-0401 was written for the board not responding to the first grievance.

8.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

That all monetary and injunctive relief as set forth in attached complaint be granted as an ammended relief, And order Mandating Warren Co. Corr. facility get an Ombudsman to handle all grievances between inmates and Staff.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/13/16

ALICEN JOCKIMO
Notary Public, State of New York
Qualified in Warren County
Commission Expires 6-13-2020

_Alicen Jockimo_

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010